### BURDETT *v.* BURDETT, administrator.

BECK, J. "Exceptions in writing to the decision of the court of ordinary are necessary as a basis of a certiorari thereto; and where it appears that no such written exceptions were made, it was proper to dismiss the certiorari." Civil Code, § 4635; *Morris* v. *Morris*, 74 *Ga.* 826. The judgment of the court below was in accordance with the ruling in the case cited above, and must be *Affirmed. All the Justices concur.*

Argued November 22, 1907.—Decided April 15, 1908.

Certiorari. Before Judge Pendleton. Fulton superior court. June 27, 1907.

Lillie C. Burdett, widow of W. C. Burdett, applied to the court of ordinary for a year's support from his estate. Appraisers were appointed, and in their return allowed $100 for the applicant. Upon objection of the administrator of the estate, the return was set aside and the year's support disallowed. Mrs. Burdett then applied for a writ of certiorari, which was granted. In the superior court the certiorari was dismissed on motion of the defendant,

on the grounds, that appeal, and not certiorari, was the proper remedy, and that no written exceptions were filed by the plaintiff with the ordinary, before applying for certiorari. The plaintiff excepted.

*Oscar Parker,* for plaintiff.    *J. H. Longino,* for defendant.